FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 19 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 18-4166 JB |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 1112: |
| ) | Involuntary Manslaughter. |
| **CARLANDREW ERIACHO,** ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges:

On or about September 6, 2017, in Indian Country, in McKinley County, in the District of New Mexico, the Defendant, **CARLANDREW ERIACHO,** an Indian, unlawfully killed Jane Doe, while in the commission of an unlawful act not amounting to a felony, that is while: (1) violating New Mexico's statute prohibiting driving under the influence of intoxicating liquor, N.M. Stat. Ann. § 66-8-102 (1978), by operating a motor vehicle and as the result of drinking liquor, being less able to the slightest degree, either mentally or physically, or both, to exercise the clear judgment and steady hand necessary to handle a vehicle with safety to the person and the public; and (2) violating New Mexico's statute prohibiting reckless driving, N.M. Stat. Ann. § 66-8-113 (1978), by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when he knew and should have known that his conduct imperiled the lives of others.

In violation of 18 U.S.C. §§ 1153 and 1112.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
12/7/2018 2:36 PM