PROB 12C - (Rev. D/NM-8/2014)                                                                                     5817793

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Carlandrew Rolando Eriacho |
| Docket Number: | 1:18CR04166 -001JBM |
| Assigned Judge: | Honorable Joe Billy McDade, **Senior** United States District Judge |
| Date of Original Sentence: | 2019-08-12 |
| Original Offense: | 18 U.S.C. Sec.1112: Involuntary Manslaughter, Crime in Indian Country, 18 U.S.C Sec. 1153 |
| Original Sentence: | BOP: 37 Months; TSR: 36 Months |
| Date Supervision Commenced: | 08/20/2021 |
| Date Supervision Expires: | 08/19/2024 |
| Other Court Action: | 07/23/2021: Memorandum filed requesting the offender's residential reentry condition be suspended. Court action still pending. |

## PETITIONING THE COURT

No warrant requested. Emergency warrant issued.

U.S. Probation Officer of the Court, Karina L. Villalobos, alleges the offender has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SPC | You must reside in a residential reentry center for a term of six (6) months. You must follow the rules and regulations of the center. |
| | On September 26, 2021, at approximately 0233 hours, Diersen Charities Residential Reentry Center (RRC) Director, contacted the United States Probation Office and advised the offender failed to return from work. The RRC staff attempted to locate the offender by calling his place of employment, local jails, and local hospitals with no success. The offender's bunk was empty, and his vehicle was not on the premises. As a result, the offender was unsuccessfully terminated from the RRC. |
| SPC | You must not use or possess alcohol. |
| | On September 26, 2021, at approximately 0734 hours, the offender made contact with this officer via text message. He admitted he was drunk and "on the run" because he could not do it and was not "cut for this life." This officer advised the offender to self-surrender as soon as possible. |

The maximum statutory penalty: 24 months imprisonment; 36 months supervised release. Underlying Offense is a Class D Felony.

The revocation range of imprisonment: 5 to 11 months. Criminal History Category III. Grade C Violations.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 09/27/2021.

Submitted:

Karina L. Villalobos
U.S. Probation Officer
Cell #: 505-508-9334

Approved: ☒ Phone Approval

David Patrick Cowen
(505-346-6899)
Assistant U.S. Attorney

Date: 09/27/2021