# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America

v.

CARLANDREW ROLANDO ERIACHO
*Defendant*

Case No. 18 CR 4166 JBM

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, Carlandrew Rolando Eriacho, Defendant, understand that I am scheduled for a initial revocation appearance hearing on October 14, 2021.
*nature of hearing*                                *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 10/14/21

*Defendant's signature*

*Signature of defendant's attorney*

ALEJANDRO B. FERNANDEZ
*Printed name of defendant's attorney*

alejandro_fernandez@fd.org
*Defendant's attorney's e-mail address*