# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Initial Appearance (Revocation)

| | | | |
|---|---|---|---|
| Case Number: | CR 18-4166 JB | UNITED STATES vs. Eriacho | |
| Hearing Date: | 07/26/2022 | Time In and Out: | 9:39 a.m./9:50 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Carlandrew Erachio | Defendant's Counsel: | Mallory Gagan for this hearing only |
| AUSA: | Jeremy Pena | Pretrial/Probation: | Danielle Padilla |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant would like Court appointed counsel
- [ ] Government moves to detain        [ ] Government does not recommend detention
- [ ] Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- [ ] Defendant
- [ ] Court finds        [ ] Court does not find probable cause

## Detention

- [ ] Defendant waives right to contest detention
- [ ]

## Custody Status

- [x] Defendant continued on release
- [ ] Conditions

## Other

- [ ] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- [ ] Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- [x] Matter referred to District Judge for Final Revocation Hearing
- [x] Government addresses court with concerns of continued release; USPO Danielle Padilla addresses the court, recommends release; defense counsel responds; court findings.