**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1084 1:18CR04166- 001JB |
| Carlandrew  Eriacho | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Carlandrew  Eriacho

Also Known As: Eriacho, Carlandrew Rolando
Also Known As: Eriacho, Carl Andrew
Also Known As: Eriacho, Carl A
Also Known As: Erachio, Carlandrew R
Also Known As: Eriacho, Carl

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding          ☐ Information   ☐ Superseding Information   ☐ Complaint
                 Indictment
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation   ☐ Order of the
                                                                            Notice        Court

This offense is briefly described as follows:
The offender has failed to refrain from the use of illegal substances and alcohol.

Date: September 27, 2022

_____
*Issuing Officer's signature*

City and state:  Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on ( date )  9/28/2022 and the person was arrested on ( date )  9/30/2022 at ( city and state )  Albuquerque, NM .  |
| Date:  9/30/2022               Arresting officer's signature  Jim Glisson , Dpuos U.S. Marshl |

